UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　CRIMINAL NO. 26-30411

　　　　　　　Plaintiff　　　　　　　　　Original District No. 1:05-cr-00256-HYJ

v.

**NICHOLAS CASTRO BENITEZ,**

　　　　　　　Defendant.

_____/

### <u>GOVERNMENT'S PETITION FOR TRANSFER<br>OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF</u>

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant, **NICHOLAS CASTRO BENITEZ** to answer to supervised release violation allegations pending in another federal district, and states:

1.　On **July 13, 2026**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Western District of Michigan based on a Violation.**　Defendant is charged in that district with a violation regarding **Supervised Release.**

2.　Rule 32.1 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary hearing as described in Rule 32.1(b)(1).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure.

Respectfully submitted

JEROME F. GORGON JR.
Acting United States Attorney


s/Ranya Elzein
Assistant U.S. Attorney
211 W. Fort Street, Ste 2001
Detroit, Michigan 48226
ranya.elzein@usdoj.gov
313-226-0213

Dated: July 13, 2026